**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 08-8332**

_____

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

    v.

MARTY LORENZO WRIGHT,

          Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Raymond A. Jackson, District Judge.  (4:95-cr-00039-RAJ-1; 4:95-cr-00044-RAJ-1)

_____

Submitted:  February 26, 2009      Decided:  March 9, 2009

_____

Before NIEMEYER, MICHAEL, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Marty Lorenzo Wright, Appellant Pro Se.  Scott W. Putney, Assistant United States Attorney, Newport News, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marty Lorenzo Wright appeals the district court's order denying relief on his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Wright, No. 4:95-cr-00039-RAJ-1; 4:95-cr-00044-RAJ-1 (E.D. Va. Sept. 18, 2008) We deny the Wright's motion to place the appeal in abeyance for United States Dunphy, as moot, because that opinion has now issued see United States v. Dunphy, 551 F.3d 247 (4th Cir. 2009), and grant his motion to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED